UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **JESSTY REESE** | * | **CIVIL ACTION NO. 19-0078** |
| **vs.** | * | **JUDGE ELIZABETH E. FOOTE** |
| **DARREL VANNOY** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and that judgment as recommended is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, [doc. # 1], is DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED this 20th day of April, 2020, in Shreveport, Louisiana.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE